FILED

06 OCT 24 PM 2:42

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDC  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Crim. Case No. 05CR1570-W |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JUDGMENT ON DEFAULT |
| v. | ) | |
| RANDALL T. TREADWELL, | ) | |
| Defendant. | ) | |

On February 15, 2006, United State Magistrate Judge Ruben B. Brooks ordered defendant RANDALL T. TREADWELL's pretrial release revoked upon a finding that defendant TREADWELL violated the following conditions of his pretrial release: (1) that he not commit a federal, state or local crime during the period of release; and (2) that he not engage in any marketing, sales or promotion of any kind of investments or loans. The plaintiff, United States of America, moved: (1) for an order declaring forfeit the bond posted in the above-entitled matter on September 22, 2005; and (2) for judgment on default. Due notice of said motion was served on all parties herein, including the Clerk of the Court as agent for the obligors on the bond.

On October 23, 2006, the Court declared the $1,500,000 bond forfeited, but set aside $1,000,000 of the forfeiture. The Court granted the motion for judgment on default as to the remaining $500,000, and ordered that the $500,000 be apportioned between the defendant and the sureties, with the sureties, HAROLD DEAN TREADWELL and BETTY J. TREADWELL, liable for $200,000, and with defendant, RANDALL T. TREADWELL, liable for $300,000.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiff, United States of America, does have and recover from the sureties, HAROLD DEAN TREADWELL and BETTY J. TREADWELL, judgment in the sum of $200,000.00. Enforcement of this judgment as to the sureties, HAROLD DEAN TREADWELL and BETTY J. TREADWELL, shall be stayed for 180 days from October 23, 2006. If HAROLD DEAN TREADWELL and BETTY J. TREADWELL have not paid $150,000.00 of this $200,000.00 judgment within seven days of October 23, 2006, or fail to pay the remaining $50,000.00 within 180 days from October 23, 2006, the Judgment is to accrue interest from the date the Judgment was entered (notwithstanding the stay of enforcement) at the current legal rate, compounded annually until paid in full.

IT IS FURTHERED ORDERED, ADJUDGED AND DECREED that the plaintiff, United States of America, does have and recover from defendant, RANDALL T. TREADWELL, judgment in the sum of $300,000.00, not to be reduced or offset by any recovery on the Judgment against the sureties. This Judgment against defendant, RANDALL T. TREADWELL, is to accrue interest at the current legal rate, compounded annually until paid in full.

DATED: _____10/24/06_____

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 05CR1570 |
| Plaintiff, | ) | |
| v. | ) | |
| RANDALL T. TREADWELL, | ) | CERTIFICATE OF SERVICE BY U.S. MAIL |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, ShaKenya Edison, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action; and subsequent to filing with the Clerk of the Court, I have deposited in the United States mail at San Diego, California, and transmitted via facsimile, a copy of **JUDGMENT ON DEFAULT** addressed to:

```
Kathryn Thickstun Leff            Richard M. Barnett
3131 Xenophon Street              105 West F Street, 4th Floor
San Diego, CA 92106               San Diego, CA 92101
Facsimile: 619-523-5376           Facsimile: 619-233-3221
```

the last known address, at which place there is delivery service of mail from the United States Postal Service and facsimile number known.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2006.

_____
SHAKENYA EDISON